IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CATHERINE MCCALL, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 3:13-cv-01388 |
| v. | ) ) ) | Judge Nixon Magistrate Judge Bryant |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the ____5____ day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT